# EXHIBIT G

**Infringement chart for US Patent No. 11,149,306**

| US11,149,306 | Tempus's Infringement |
|---|---|
| 1. A method, comprising: | To the extent the preamble is limiting, the Accused Tests include a method, including but not limited to as described in Finkle. *See, e.g.*,<br><br>To further evaluate the genomic landscape, we also developed a method for measuring circulating tumor fraction from targeted sequencing data. The method predicts overall tumor burden and helps distinguish germline from somatic variants in cell-free DNA (cfDNA). Many of our solid tumor clinical samples have matched normal blood samples from which buffy coat DNA is obtained. Analyzing matched samples allowed us to identify mutations resulting from CH, differentiate germline from somatic variants, and evaluate levels of tumor shedding, all of which significantly reduced false positives and false negatives.<br><br>Finkle at 1. |

| (a) providing a population of cell-free deoxyribonucleic acid (cfDNA) molecules having first and second complementary strands; | The Accused Tests include this limitation, including but not limited to as described in Finkle. *See, e.g.*,<br><br>An additional 55 blood samples with matched tumor samples were used to compare the Tempus xF liquid biopsy and xT solid tumor tests, 65 blood samples were used to validate a microsatellite instability (MSI) classification model, and 375 blood samples were evaluated by low-pass whole-genome sequencing (LPWGS) for comparative analyses. Finally, data from an additional 1000 patient samples previously sequenced at Tempus, referred to as the xF 1000 cohort, were used for retrospective and clinical analyses. An overview of all samples included in the validation and retrospective profiling experiments is presented in Supplementary Table 5.<br><br>All blood was received in Cell-free DNA BCT[*] blood collection tubes (Streck) within 36 h of collection and stored at RT or 4 °C until plasma separation. Plasma was prepared immediately after accessioning and stored at −80 °C until nucleic acid extraction and library prep. At this time, cfDNA was isolated from plasma using the Qiagen QIAamp MinElute ccfDNA Midi Kit (QIAGEN) according to manufacturer's instructions. Automated library preparation was performed on a SciClone NGSx (Perkin Elmer). All cfDNA samples were normalized with molecular grade water to a maximum of 50 µL.<br><br>Finkle at 8. |

| US11,149,306 | Tempus's Infringement |
| --- | --- |
| | **xF sequencing assay**<br><br>This assay uses New England BioLab's NEBNext® Ultra™ II DNA Library Prep Kit for Illumina®, IDT's xGen CS Adapters, unique molecular indices (UMI), and 96 pairs of barcodes to prepare cfDNA sequencing libraries with unique sample IDs. Each sample is ligated to a dual unique index, which enables multiplexed sequencing of up to 7 patients and 1 positive control per SP NovaSeq flow cell, 16 patients and 1 positive control per S1 NovaSeq flow cell, 34 patients and 1 positive control per S2 NovaSeq flow cell, and 84 patients and 1 positive control per S4 NovaSeq flow cell. The library preparation protocol is optimized for ≥20 ng cfDNA input to maximize mutation detection sensitivity. The final library is sequenced on an Illumina NovaSeq sequencer and analysis is performed using Tempus' bioinformatics pipeline and analysis server.<br><br>**Bioinformatics pipeline**<br>Adapter-trimmed FASTQ files are aligned to the 19th edition of the human reference genome build (hg19) using Burrows-Wheeler Aligner (BWA)[41]. Following alignment, reads are grouped by alignment position and UMI family, and collapsed into consensus sequences using fgbio tools (http://fulcrumgenomics.github.io/fgbio/). Bases with insufficient quality or significant disagreement among family members are transformed to N's. Phred scores are scaled based on initial base calling estimates combined across all family members. Following single-strand consensus sequence generation, duplex consensus sequences are generated by comparing the forward- and reverse-oriented PCR products with mirrored UMI sequences. Consensus sequences are re-aligned to the human reference genome using BWA. BAM files are generated and indexed after the re-alignment.<br><br>Finkle at 8-9. |

| US11,149,306 | Tempus's Infringement |
|---|---|
| (b) tagging a plurality of the cfDNA molecules in the population with duplex tags comprising molecular barcodes to produce tagged parent polynucleotides, wherein the duplex tags are attached to both ends of a molecule of the plurality of the cfDNA molecules,<br><br>wherein the plurality of the cfDNA molecules are tagged with n different combinations of molecular barcodes, wherein n is at | The Accused Tests include this limitation, including but not limited to as described in Finkle. *See, e.g.,*<br><br>This assay uses New England BioLab's NEBNext® Ultra™ II DNA Library Prep Kit for Illumina*, IDT's xGen CS Adapters, unique molecular indices (UMI), and 96 pairs of barcodes to prepare cfDNA sequencing libraries with unique sample IDs. Each sample is ligated to a dual unique index, which enables multiplexed sequencing of up to 7 patients and 1 positive control per SP NovaSeq flow cell, 16 patients and 1 positive control per S1 NovaSeq flow cell, 34 patients and 1 positive control per S2 NovaSeq flow cell, and 84 patients and 1 positive control per S4 NovaSeq flow cell. The library preparation protocol is optimized for ≥20 ng cfDNA input to maximize mutation detection sensitivity. The final library is sequenced on an Illumina NovaSeq sequencer and analysis is performed using Tempus' bioinformatics pipeline and analysis server.<br><br>Finkle at 8.<br><br>**Table 1.** xF sensitivity.<br><br><table><tr><th>Variant Type</th><th>DNA quantity</th><th>0.1% VAF Sensitivity, % (detected/total variants)</th><th>0.25% VAF Sensitivity, % (detected/total variants)</th><th>0.5% VAF Sensitivity, % (detected/total variants)</th><th>1% VAF Sensitivity, % (detected/total variants)</th><th>5% VAF Sensitivity, % (detected/total variants)</th></tr><tr><td>SNVs</td><td>10 ng</td><td>25.93 (14/54)</td><td>65.00 (39/60)</td><td>79.63 (43/54)</td><td>100.00 (39/39)</td><td>100.00 (60/60)</td></tr><tr><td></td><td>30 ng</td><td>66.67 (40/60)</td><td>93.75 (45/48)</td><td>100.00 (54/54)</td><td>100.00 (51/51)</td><td>100.00 (48/48)</td></tr><tr><td></td><td>50 ng</td><td>75.00 (36/48)</td><td>100 (51/51)</td><td>100.00 (60/60)</td><td>100.00 (42/42)</td><td>100.00 (60/60)</td></tr><tr><td>Indels</td><td>10 ng</td><td>33.33 (8/24)</td><td>46.15 (12/26)</td><td>86.36 (19/22)</td><td>100.00 (18/18)</td><td>100.00 (26/26)</td></tr><tr><td></td><td>30 ng</td><td>46.15 (12/26)</td><td>75 (15/20)</td><td>95.83 (23/24)</td><td>100.00 (22/22)</td><td>100.00 (20/20)</td></tr><tr><td></td><td>50 ng</td><td>45.00 (9/20)</td><td>86.36 (19/22)</td><td>96.15 (25/26)</td><td>94.44 (17/18)</td><td>100.00 (26/26)</td></tr><tr><td>CNVs</td><td>10 ng</td><td>0.00 (0/12)</td><td>0.00 (0/12)</td><td>100.00 (8/8)</td><td>100.00 (10/10)</td><td>100.00 (12/12)</td></tr><tr><td></td><td>30 ng</td><td>0.00 (0/12)</td><td>25 (2/8)</td><td>100.00 (12/12)</td><td>100.00 (10/10)</td><td>100.00 (8/8)</td></tr><tr><td></td><td>50 ng</td><td>12.50 (1/8)</td><td>20 (2/10)</td><td>100.00 (12/12)</td><td>100.00 (8/8)</td><td>100.00 (12/12)</td></tr><tr><td>Fusions</td><td>10 ng</td><td>0.00 (0/12)</td><td>8.33 (1/12)</td><td>37.50 (3/8)</td><td>40.00 (4/10)</td><td>100.00 (12/12)</td></tr><tr><td></td><td>30 ng</td><td>16.67 (2/12)</td><td>37.50 (3/8)</td><td>75.00 (9/12)</td><td>90.00 (9/10)</td><td>100.00 (8/8)</td></tr><tr><td></td><td>50 ng</td><td>0.00 (0/8)</td><td>50.00 (5/10)</td><td>66.67 (8/12)</td><td>100.00 (8/8)</td><td>100.00 (12/12)</td></tr></table> |

| US11,149,306 | Tempus's Infringement |
|---|---|
| least 2 and no more than 100,000*z, wherein z is a mean of an expected number of duplicate molecules in the population of cfDNA molecules that map to identical start and stop positions on a reference sequence; | Finkle Table 1.<br><br>On information and belief, Tempus tags the cfDNA molecules with a number of molecular barcodes that is at least 2 and no more than 100,000 times the mean expected number of duplicate molecules in the population of cfDNA molecules. |

| US11,149,306 | Tempus's Infringement |
|---|---|
| (c) amplifying a plurality of the tagged parent polynucleotides to produce amplified progeny polynucleotides; | The Accused Tests include this limitation, including but not limited to as described in Finkle. *See, e.g.*,<br><br>This assay uses New England BioLab's NEBNext® Ultra™ II DNA Library Prep Kit for Illumina\*, IDT's xGen CS Adapters, unique molecular indices (UMI), and 96 pairs of barcodes to prepare cfDNA sequencing libraries with unique sample IDs. Each sample is ligated to a dual unique index, which enables multiplexed sequencing of up to 7 patients and 1 positive control per SP NovaSeq flow cell, 16 patients and 1 positive control per S1 NovaSeq flow cell, 34 patients and 1 positive control per S2 NovaSeq flow cell, and 84 patients and 1 positive control per S4 NovaSeq flow cell. The library preparation protocol is optimized for ≥20 ng cfDNA input to maximize mutation detection sensitivity. The final library is sequenced on an Illumina NovaSeq sequencer and analysis is performed using Tempus' bioinformatics pipeline and analysis server.<br><br>Finkle at 8.<br><br>On information and belief, Tempus's use of the Illumina NovaSeq sequencer includes amplification of the tagged parent polynucleotides to produce amplified tagged progeny polynucleotides. (See NovaSeq 6000 Sequencing System Guide, https://support.illumina.com/content/dam/illumina-support/documents/documentation/system_documentation/novaseq/1000000019358_17_novaseq-6000-system-guide.pdf, at 2 (Sequencing Overview, Cluster Generation) "During cluster generation, single DNA molecules are bound to the surface of the flow cell and simultaneously amplified to form clusters.").|

| US11,149,306 | Tempus's Infringement |
|---|---|
| (d) sequencing at least a subset of the amplified progeny polynucleotides to produce a set of sequence reads; and | The Accused Tests include this limitation, including but not limited to as described in Finkle. *See, e.g.*,<br><br>**xF sequencing assay**<br>This assay uses New England BioLab's NEBNext® Ultra™ II DNA Library Prep Kit for Illumina®, IDT's xGen CS Adapters, unique molecular indices (UMI), and 96 pairs of barcodes to prepare cfDNA sequencing libraries with unique sample IDs. Each sample is ligated to a dual unique index, which enables multiplexed sequencing of up to 7 patients and 1 positive control per SP NovaSeq flow cell, 16 patients and 1 positive control per S1 NovaSeq flow cell, 34 patients and 1 positive control per S2 NovaSeq flow cell, and 84 patients and 1 positive control per S4 NovaSeq flow cell. The library preparation protocol is optimized for ≥20 ng cfDNA input to maximize mutation detection sensitivity. The final library is sequenced on an Illumina NovaSeq sequencer and analysis is performed using Tempus' bioinformatics pipeline and analysis server.<br><br>**Bioinformatics pipeline**<br>Adapter-trimmed FASTQ files are aligned to the 19th edition of the human reference genome build (hg19) using Burrows-Wheeler Aligner (BWA)[41]. Following alignment, reads are grouped by alignment position and UMI family, and collapsed into consensus sequences using fgbio tools (http://fulcrumgenomics.github.io/fgbio/). Bases with insufficient quality or significant disagreement among family members are transformed to N's. Phred scores are scaled based on initial base calling estimates combined across all family members. Following single-strand consensus sequence generation, duplex consensus sequences are generated by comparing the forward- and reverse-oriented PCR products with mirrored UMI sequences. Consensus sequences are re-aligned to the human reference genome using BWA. BAM files are generated and indexed after the re-alignment.<br><br>Finkle at 8-9. |

| US11,149,306 | Tempus's Infringement |
|---|---|
| (e) reducing or tracking redundancy of a plurality of sequence reads from the set of sequence reads using at least sequencing information from the molecular barcodes of the duplex tags to determine distinct cfDNA molecules from among the tagged parent polynucleotides, wherein the distinct cfDNA molecules are determined based on (i) paired reads corresponding to sequence reads generated from a first tagged strand and a second tagged | The Accused Tests include this limitation, including but not limited to as described in Finkle. *See, e.g.,*<br><br>**xF sequencing assay**<br>This assay uses New England BioLab's NEBNext® Ultra™ II DNA Library Prep Kit for Illumina®, IDT's xGen CS Adapters, unique molecular indices (UMI), and 96 pairs of barcodes to prepare cfDNA sequencing libraries with unique sample IDs. Each sample is ligated to a dual unique index, which enables multiplexed sequencing of up to 7 patients and 1 positive control per SP NovaSeq flow cell, 16 patients and 1 positive control per S1 NovaSeq flow cell, 34 patients and 1 positive control per S2 NovaSeq flow cell, and 84 patients and 1 positive control per S4 NovaSeq flow cell. The library preparation protocol is optimized for ≥20 ng cfDNA input to maximize mutation detection sensitivity. The final library is sequenced on an Illumina NovaSeq sequencer and analysis is performed using Tempus' bioinformatics pipeline and analysis server.<br><br>**Bioinformatics pipeline**<br>Adapter-trimmed FASTQ files are aligned to the 19th edition of the human reference genome build (hg19) using Burrows-Wheeler Aligner (BWA)[41]. Following alignment, reads are grouped by alignment position and UMI<br><br>family, and collapsed into consensus sequences using fgbio tools (http://fulcrumgenomics.github.io/fgbio/). Bases with insufficient quality or significant disagreement among family members are transformed to N's. Phred scores are scaled based on initial base calling estimates combined across all family members. Following single-strand consensus sequence generation, duplex consensus sequences are generated by comparing the forward- and reverse-oriented PCR products with mirrored UMI sequences. Consensus sequences are re-aligned to the human reference genome using BWA. BAM files are generated and indexed after the re-alignment.<br><br>Finkle at 8-9. |

| US11,149,306 | Tempus's Infringement |
|---|---|
| complementary strand derived from cfDNA molecules from among the tagged parent polynucleotides, or (ii) unpaired reads corresponding to sequence reads generated from a first tagged strand having no second tagged complementary strand derived from cfDNA molecules from among the tagged parent polynucleotides, wherein reducing or tracking the redundancy of the plurality of sequence reads comprises mapping at least a subset of the | |

| US11,149,306 | Tempus's Infringement |
|---|---|
| plurality of sequence reads to the reference sequence. | |

# EXHIBIT H

**Infringement chart for US Patent No. 9,902,992**

| US9,902,992 | Tempus's Infringement |
|---|---|
| 1. A method for detecting genetic aberrations in cell-free DNA ("cfDNA") molecules from a subject, comprising: | To the extent the preamble is limiting, the Accused Tests include a method for detecting genetic aberrations in cell-free DNA ("cfDNA") molecules from a subject, including but not limited to as described in Finkle. *See, e.g.,* <br><br> To further evaluate the genomic landscape, we also developed a method for measuring circulating tumor fraction from targeted sequencing data. The method predicts overall tumor burden and helps distinguish germline from somatic variants in cell-free DNA (cfDNA). Many of our solid tumor clinical samples have matched normal blood samples from which buffy coat DNA is obtained. Analyzing matched samples allowed us to identify mutations resulting from CH, differentiate germline from somatic variants, and evaluate levels of tumor shedding, all of which significantly reduced false positives and false negatives. <br><br> Finkle at 1. |

| US9,902,992 | Tempus's Infringement |
|---|---|
| a) providing cfDNA molecules obtained from a bodily sample of the subject; | The Accused Tests include this limitation, including but not limited to as described in Finkle. *See, e.g.*,<br><br>An additional 55 blood samples with matched tumor samples were used to compare the Tempus xF liquid biopsy and xT solid tumor tests, 65 blood samples were used to validate a microsatellite instability (MSI) classification model, and 375 blood samples were evaluated by low-pass whole-genome sequencing (LPWGS) for comparative analyses. Finally, data from an additional 1000 patient samples previously sequenced at Tempus, referred to as the xF 1000 cohort, were used for retrospective and clinical analyses. An overview of all samples included in the validation and retrospective profiling experiments is presented in Supplementary Table 5.<br>All blood was received in Cell-free DNA BCT® blood collection tubes (Streck) within 36 h of collection and stored at RT or 4 °C until plasma separation. Plasma was prepared immediately after accessioning and stored at −80 °C until nucleic acid extraction and library prep. At this time, cfDNA was isolated from plasma using the Qiagen QIAamp MinElute ccfDNA Midi Kit (QIAGEN) according to manufacturer's instructions. Automated library preparation was performed on a SciClone NGSx (Perkin Elmer). All cfDNA samples were normalized with molecular grade water to a maximum of 50 µL.<br><br>Finkle at 8. |

| US9,902,992 | Tempus's Infringement |
|---|---|
| b) attaching tags comprising barcodes having a plurality of different barcode sequences to the cfDNA molecules to tag at least 20% of the cfDNA molecules, which attaching comprises ligating adaptors comprising the barcodes to both ends of the cfDNA molecules, wherein ligating comprises using more than 10× molar excess | The Accused Tests include this limitation, including but not limited to as described in Finkle. *See, e.g.*,<br><br>This assay uses New England BioLab's NEBNext® Ultra™ II DNA Library Prep Kit for Illumina*, IDT's xGen CS Adapters, unique molecular indices (UMI), and 96 pairs of barcodes to prepare cfDNA sequencing libraries with unique sample IDs. Each sample is ligated to a dual unique index, which enables multiplexed sequencing of up to 7 patients and 1 positive control per SP NovaSeq flow cell, 16 patients and 1 positive control per S1 NovaSeq flow cell, 34 patients and 1 positive control per S2 NovaSeq flow cell, and 84 patients and 1 positive control per S4 NovaSeq flow cell. The library preparation protocol is optimized for ≥20 ng cfDNA input to maximize mutation detection sensitivity. The final library is sequenced on an Illumina NovaSeq sequencer and analysis is performed using Tempus' bioinformatics pipeline and analysis server.<br><br>Finkle at 8.<br><br>**Table 1.** xF sensitivity.<br><br>Finkle Table 1. |

Table 1. xF sensitivity.

| Variant Type | DNA quantity | 0.1% VAF Sensitivity, % (detected/total variants) | 0.25% VAF Sensitivity, % (detected/total variants) | 0.5% VAF Sensitivity, % (detected/total variants) | 1% VAF Sensitivity, % (detected/total variants) | 5% VAF Sensitivity, % (detected/total variants) |
|---|---|---|---|---|---|---|
| SNVs | 10 ng | 25.93 (14/54) | 65.00 (39/60) | 79.63 (43/54) | 100.00 (39/39) | 100.00 (60/60) |
| | 30 ng | 66.67 (40/60) | 93.75 (45/48) | 100.00 (54/54) | 100.00 (51/51) | 100.00 (48/48) |
| | 50 ng | 75.00 (36/48) | 100 (51/51) | 100.00 (60/60) | 100.00 (42/42) | 100.00 (60/60) |
| Indels | 10 ng | 33.33 (8/24) | 46.15 (12/26) | 86.36 (19/22) | 100.00 (18/18) | 100.00 (26/26) |
| | 30 ng | 46.15 (12/26) | 75 (15/20) | 95.83 (23/24) | 100.00 (22/22) | 100.00 (20/20) |
| | 50 ng | 45.00 (9/20) | 86.36 (19/22) | 96.15 (25/26) | 94.44 (17/18) | 100.00 (26/26) |
| CNVs | 10 ng | 0.00 (0/12) | 0.00 (0/12) | 100.00 (8/8) | 100.00 (10/10) | 100.00 (12/12) |
| | 30 ng | 0.00 (0/12) | 25 (2/8) | 100.00 (12/12) | 100.00 (10/10) | 100.00 (8/8) |
| | 50 ng | 12.50 (1/8) | 20 (2/10) | 100.00 (12/12) | 100.00 (8/8) | 100.00 (12/12) |
| Fusions | 10 ng | 0.00 (0/12) | 8.33 (1/12) | 37.50 (3/8) | 40.00 (4/10) | 100.00 (12/12) |
| | 30 ng | 16.67 (2/12) | 37.50 (3/8) | 75.00 (9/12) | 90.00 (9/10) | 100.00 (8/8) |
| | 50 ng | 0.00 (0/8) | 50.00 (5/10) | 66.67 (8/12) | 100.00 (8/8) | 100.00 (12/12) |

3

| US9,902,992 | Tempus's Infringement |
|---|---|
| of the adaptors as compared to the cfDNA molecules, thereby generating tagged parent polynucleotides; | On information and belief, Tempus uses a molar excess of more than a 10× molar excess of adaptors as compared to the cfDNA molecules. (See NEBNext® Ultra™ II DNA Library Prep Kit for Illumina, https://www.neb.com/en-us/-/media/nebus/files/application-notes/appnote_use-of_bluntta_ligase_master_mix_for_adaptor_ligation_to_da_tailed_dsdna_fragments.pdf?rev=90809fe2d4c648968a9a57be53ee5fe8, at 4 (giving molar concentrations relative to cfDNA masses).<br><br>On information and belief, Tempus tags at least 20% of the cfDNA molecules. |

| US9,902,992 | Tempus's Infringement |
|---|---|
| c) amplifying the tagged parent polynucleotides to produce amplified tagged progeny polynucleotides; | The Accused Tests include this limitation, including but not limited to as described in Finkle. *See, e.g.*,<br><br>This assay uses New England BioLab's NEBNext® Ultra™ II DNA Library Prep Kit for Illumina®, IDT's xGen CS Adapters, unique molecular indices (UMI), and 96 pairs of barcodes to prepare cfDNA sequencing libraries with unique sample IDs. Each sample is ligated to a dual unique index, which enables multiplexed sequencing of up to 7 patients and 1 positive control per SP NovaSeq flow cell, 16 patients and 1 positive control per S1 NovaSeq flow cell, 34 patients and 1 positive control per S2 NovaSeq flow cell, and 84 patients and 1 positive control per S4 NovaSeq flow cell. The library preparation protocol is optimized for ≥20 ng cfDNA input to maximize mutation detection sensitivity. The final library is sequenced on an Illumina NovaSeq sequencer and analysis is performed using Tempus' bioinformatics pipeline and analysis server.<br><br>Finkle at 8.<br><br>On information and belief, Tempus's use of the Illumina NovaSeq sequencer includes amplification of the tagged parent polynucleotides to produce amplified tagged progeny polynucleotides. (See NovaSeq 6000 Sequencing System Guide, https://support.illumina.com/content/dam/illumina-support/documents/documentation/system_documentation/novaseq/1000000019358_17_novaseq-6000-system-guide.pdf, at 2 (Sequencing Overview, Cluster Generation) "During cluster generation, single DNA molecules are bound to the surface of the flow cell and simultaneously amplified to form clusters."). |

| US9,902,992 | Tempus's Infringement |
|---|---|
| d) sequencing the amplified tagged progeny polynucleotides to produce a plurality of sequence reads from each of the tagged parent polynucleotides, wherein each sequence read of the plurality of sequence reads comprises a barcode sequence and a sequence derived from a cfDNA molecule of the cfDNA molecules; | The Accused Tests include this limitation, including but not limited to as described in Finkle. *See, e.g.*,<br><br>**xF sequencing assay**<br>This assay uses New England BioLab's NEBNext® Ultra™ II DNA Library Prep Kit for Illumina®, IDT's xGen CS Adapters, unique molecular indices (UMI), and 96 pairs of barcodes to prepare cfDNA sequencing libraries with unique sample IDs. Each sample is ligated to a dual unique index, which enables multiplexed sequencing of up to 7 patients and 1 positive control per SP NovaSeq flow cell, 16 patients and 1 positive control per S1 NovaSeq flow cell, 34 patients and 1 positive control per S2 NovaSeq flow cell, and 84 patients and 1 positive control per S4 NovaSeq flow cell. The library preparation protocol is optimized for ≥20 ng cfDNA input to maximize mutation detection sensitivity. The final library is sequenced on an Illumina NovaSeq sequencer and analysis is performed using Tempus' bioinformatics pipeline and analysis server.<br><br>**Bioinformatics pipeline**<br>Adapter-trimmed FASTQ files are aligned to the 19th edition of the human reference genome build (hg19) using Burrows-Wheeler Aligner (BWA)[41]. Following alignment, reads are grouped by alignment position and UMI<br><br>family, and collapsed into consensus sequences using fgbio tools (http://fulcrumgenomics.github.io/fgbio/). Bases with insufficient quality or significant disagreement among family members are transformed to N's. Phred scores are scaled based on initial base calling estimates combined across all family members. Following single-strand consensus sequence generation, duplex consensus sequences are generated by comparing the forward- and reverse-oriented PCR products with mirrored UMI sequences. Consensus sequences are re-aligned to the human reference genome using BWA. BAM files are generated and indexed after the re-alignment.<br><br>Finkle at 8-9. |

| US9,902,992 | Tempus's Infringement |
|---|---|
| e) mapping sequence reads of the plurality of sequence reads to one or more reference sequences from a human genome; | The Accused Tests include this limitation, including but not limited to as described in Finkle. *See, e.g.,*<br><br>**xF sequencing assay**<br>This assay uses New England BioLab's NEBNext® Ultra™ II DNA Library Prep Kit for Illumina®, IDT's xGen CS Adapters, unique molecular indices (UMI), and 96 pairs of barcodes to prepare cfDNA sequencing libraries with unique sample IDs. Each sample is ligated to a dual unique index, which enables multiplexed sequencing of up to 7 patients and 1 positive control per SP NovaSeq flow cell, 16 patients and 1 positive control per S1 NovaSeq flow cell, 34 patients and 1 positive control per S2 NovaSeq flow cell, and 84 patients and 1 positive control per S4 NovaSeq flow cell. The library preparation protocol is optimized for ≥20 ng cfDNA input to maximize mutation detection sensitivity. The final library is sequenced on an Illumina NovaSeq sequencer and analysis is performed using Tempus' bioinformatics pipeline and analysis server.<br><br>**Bioinformatics pipeline**<br>Adapter-trimmed FASTQ files are aligned to the 19th edition of the human reference genome build (hg19) using Burrows-Wheeler Aligner (BWA)[41]. Following alignment, reads are grouped by alignment position and UMI<br><br>family, and collapsed into consensus sequences using fgbio tools (http://fulcrumgenomics.github.io/fgbio/). Bases with insufficient quality or significant disagreement among family members are transformed to N's. Phred scores are scaled based on initial base calling estimates combined across all family members. Following single-strand consensus sequence generation, duplex consensus sequences are generated by comparing the forward- and reverse-oriented PCR products with mirrored UMI sequences. Consensus sequences are re-aligned to the human reference genome using BWA. BAM files are generated and indexed after the re-alignment.<br><br>Finkle at 8-9. |

| US9,902,992 | Tempus's Infringement |
|---|---|
| f) grouping the sequence reads mapped in e) into families based at least on barcode sequences of the sequence reads, each of the families comprising sequence reads comprising the same barcode sequence, whereby each of the families comprises sequence reads amplified from the same tagged parent polynucleotide; | The Accused Tests include this limitation, including but not limited to as described in Finkle. *See, e.g.*,<br><br>**xF sequencing assay**<br>This assay uses New England BioLab's NEBNext® Ultra™ II DNA Library Prep Kit for Illumina®, IDT's xGen CS Adapters, unique molecular indices (UMI), and 96 pairs of barcodes to prepare cfDNA sequencing libraries with unique sample IDs. Each sample is ligated to a dual unique index, which enables multiplexed sequencing of up to 7 patients and 1 positive control per SP NovaSeq flow cell, 16 patients and 1 positive control per S1 NovaSeq flow cell, 34 patients and 1 positive control per S2 NovaSeq flow cell, and 84 patients and 1 positive control per S4 NovaSeq flow cell. The library preparation protocol is optimized for ≥20 ng cfDNA input to maximize mutation detection sensitivity. The final library is sequenced on an Illumina NovaSeq sequencer and analysis is performed using Tempus' bioinformatics pipeline and analysis server.<br><br>**Bioinformatics pipeline**<br>Adapter-trimmed FASTQ files are aligned to the 19th edition of the human reference genome build (hg19) using Burrows-Wheeler Aligner (BWA)[41]. Following alignment, reads are grouped by alignment position and UMI family, and collapsed into consensus sequences using fgbio tools (http://fulcrumgenomics.github.io/fgbio/). Bases with insufficient quality or significant disagreement among family members are transformed to N's. Phred scores are scaled based on initial base calling estimates combined across all family members. Following single-strand consensus sequence generation, duplex consensus sequences are generated by comparing the forward- and reverse-oriented PCR products with mirrored UMI sequences. Consensus sequences are re-aligned to the human reference genome using BWA. BAM files are generated and indexed after the re-alignment.<br><br>Finkle at 8-9. |

| US9,902,992 | Tempus's Infringement |
|---|---|
| g) at each of a plurality of genetic loci in the one or more reference sequences, collapsing sequence reads in each family to yield a base call for each family at the genetic locus; and | The Accused Tests include this limitation, including but not limited to as described in Finkle. *See, e.g.*,<br><br>family, and collapsed into consensus sequences using fgbio tools (http://fulcrumgenomics.github.io/fgbio/). Bases with insufficient quality or significant disagreement among family members are transformed to N's. Phred scores are scaled based on initial base calling estimates combined across all family members. Following single-strand consensus sequence generation, duplex consensus sequences are generated by comparing the forward- and reverse-oriented PCR products with mirrored UMI sequences. Consensus sequences are re-aligned to the human reference genome using BWA. BAM files are generated and indexed after the re-alignment.<br>    SNV and indel variants are detected using VarDict[42]. SNVs are called down to 0.1% VAF for specified hotspot target regions and 0.25% VAF at all other base positions across the panel. Indels are called down to 0.5% VAF for variants within specific regions of interest. Any indels outside of these regions are called down to 5% VAF. All SNVs and indels are then sorted, deduplicated, normalized and annotated. Following annotation, variants are then classified as germline, somatic, or uncertain using a Bayesian model. The model is based on prior expectations informed by internal and external databases of germline and somatic variants. Uncertain variants are treated as somatic for filtering and reporting purposes. Following classification, variants are then filtered based on a set of quality metrics including coverage, VAF, strand bias, and genomic complexity. Additionally, variants are filtered with a Bayesian trinucleotide context-based model with position-level background error rates estimated from process-matched healthy controls. Known artifactual variants are also removed.<br><br>Finkle at 9. |

| US9,902,992 | Tempus's Infringement |
|---|---|
| h) detecting, at one or more genetic loci, a plurality of genetic aberrations, wherein the plurality of genetic aberrations comprises two or more different members selected from the group of members consisting of a single base substitution, a copy number variation (CNV), an insertion or deletion (indel), and a gene fusion. | The Accused Tests include this limitation, including but not limited to as described in Finkle. *See, e.g.,*<br><br>SNV and indel variants are detected using VarDict[42]. SNVs are called down to 0.1% VAF for specified hotspot target regions and 0.25% VAF at all other base positions across the panel. Indels are called down to 0.5% VAF for variants within specific regions of interest. Any indels outside of these regions are called down to 5% VAF. All SNVs and indels are then sorted, deduplicated, normalized and annotated. Following annotation, variants are then classified as germline, somatic, or uncertain using a Bayesian model. The model is based on prior expectations informed by internal and external databases of germline and somatic variants. Uncertain variants are treated as somatic for filtering and reporting purposes. Following classification, variants are then filtered based on a set of quality metrics including coverage, VAF, strand bias, and genomic complexity. Additionally, variants are filtered with a Bayesian trinucleotide context-based model with position-level background error rates estimated from process-matched healthy controls. Known artifactual variants are also removed.<br><br>Copy number variants (CNVs) are analyzed using CNVkit[43] plus a Tempus CNV annotation and filtering algorithm. CNVkit is used for genomic region binning, coverage calculation, bias correction, normalization to a reference pool, segmentation, and visualization. The log2 ratios between the tumor sample and a pool of process-matched healthy samples from the CNVkit output are then annotated and filtered using statistical models whereby the amplification status (amplified or not-amplified) of each gene is predicted and non-focal amplifications are removed.<br><br>Rearrangements are detected using the SpeedSeq analysis pipeline[44]. Briefly, FASTQ files are aligned to hg19 using BWA. Split reads mapped to multiple positions and read pairs mapped to discordant positions are identified and separated, then used to detect gene rearrangements by LUMPY[45]. Fusions are then filtered by the number of supporting reads.<br><br>Finkle at 9. |

# EXHIBIT I

**Infringement chart for US Patent No. 10,501,810**

| US10,501,810 | Tempus's Infringement |
|---|---|
| 1. A method for detecting somatic genetic variants of cell-free deoxyribonucleic acid (DNA) in a human subject, the method comprising: | To the extent the preamble is limiting, the Accused Tests include a method for detecting somatic genetic variants of cell-free deoxyribonucleic acid (DNA) in a human subject, including but not limited to as described in Finkle. *See, e.g.*,<br><br>To further evaluate the genomic landscape, we also developed a method for measuring circulating tumor fraction from targeted sequencing data. The method predicts overall tumor burden and helps distinguish germline from somatic variants in cell-free DNA (cfDNA). Many of our solid tumor clinical samples have matched normal blood samples from which buffy coat DNA is obtained. Analyzing matched samples allowed us to identify mutations resulting from CH, differentiate germline from somatic variants, and evaluate levels of tumor shedding, all of which significantly reduced false positives and false negatives.<br><br>Finkle at 1. |

| US10,501,810 | Tempus's Infringement |
|---|---|
| a) obtaining 10 to 100 nanograms (ng) of double-stranded cell-free DNA from a blood sample from the human subject; | The Accused Tests include this limitation, including but not limited to as described in Finkle. *See, e.g.*,<br><br>An additional 55 blood samples with matched tumor samples were used to compare the Tempus xF liquid biopsy and xT solid tumor tests, 65 blood samples were used to validate a microsatellite instability (MSI) classification model, and 375 blood samples were evaluated by low-pass whole-genome sequencing (LPWGS) for comparative analyses. Finally, data from an additional 1000 patient samples previously sequenced at Tempus, referred to as the xF 1000 cohort, were used for retrospective and clinical analyses. An overview of all samples included in the validation and retrospective profiling experiments is presented in Supplementary Table 5.<br><br>All blood was received in Cell-free DNA BCT® blood collection tubes (Streck) within 36 h of collection and stored at RT or 4 °C until plasma separation. Plasma was prepared immediately after accessioning and stored at −80 °C until nucleic acid extraction and library prep. At this time, cfDNA was isolated from plasma using the Qiagen QIAamp MinElute ccfDNA Midi Kit (QIAGEN) according to manufacturer's instructions. Automated library preparation was performed on a SciClone NGSx (Perkin Elmer). All cfDNA samples were normalized with molecular grade water to a maximum of 50 μL.<br><br>Finkle at 8. |

| US10,501,810 | Tempus's Infringement |
|---|---|
|  | **Table 1.**  xF sensitivity.<br><br>*(see table below)*<br><br>Finkle Table 1. |

**Table 1.**  xF sensitivity.

| Variant Type | DNA quantity | 0.1% VAF Sensitivity, % (detected/total variants) | 0.25% VAF Sensitivity, % (detected/total variants) | 0.5% VAF Sensitivity, % (detected/total variants) | 1% VAF Sensitivity, % (detected/total variants) | 5% VAF Sensitivity, % (detected/total variants) |
|---|---|---|---|---|---|---|
| SNVs | 10 ng | 25.93 (14/54) | 65.00 (39/60) | 79.63 (43/54) | 100.00 (39/39) | 100.00 (60/60) |
|  | 30 ng | 66.67 (40/60) | 93.75 (45/48) | 100.00 (54/54) | 100.00 (51/51) | 100.00 (48/48) |
|  | 50 ng | 75.00 (36/48) | 100 (51/51) | 100.00 (60/60) | 100.00 (42/42) | 100.00 (60/60) |
| Indels | 10 ng | 33.33 (8/24) | 46.15 (12/26) | 86.36 (19/22) | 100.00 (18/18) | 100.00 (26/26) |
|  | 30 ng | 46.15 (12/26) | 75 (15/20) | 95.83 (23/24) | 100.00 (22/22) | 100.00 (20/20) |
|  | 50 ng | 45.00 (9/20) | 86.36 (19/22) | 96.15 (25/26) | 94.44 (17/18) | 100.00 (26/26) |
| CNVs | 10 ng | 0.00 (0/12) | 0.00 (0/12) | 100.00 (8/8) | 100.00 (10/10) | 100.00 (12/12) |
|  | 30 ng | 0.00 (0/12) | 25 (2/8) | 100.00 (12/12) | 100.00 (10/10) | 100.00 (8/8) |
|  | 50 ng | 12.50 (1/8) | 20 (2/10) | 100.00 (12/12) | 100.00 (8/8) | 100.00 (12/12) |
| Fusions | 10 ng | 0.00 (0/12) | 8.33 (1/12) | 37.50 (3/8) | 40.00 (4/10) | 100.00 (12/12) |
|  | 30 ng | 16.67 (2/12) | 37.50 (3/8) | 75.00 (9/12) | 90.00 (9/10) | 100.00 (8/8) |
|  | 50 ng | 0.00 (0/8) | 50.00 (5/10) | 66.67 (8/12) | 100.00 (8/8) | 100.00 (12/12) |

Finkle Table 1.

3

| US10,501,810 | Tempus's Infringement |
|---|---|
| b) ligating adapters comprising molecular barcodes to ends of a plurality of molecules of the double-stranded cell-free DNA to produce tagged parent polynucleotides, wherein the molecular barcodes together constitute a set of 5-100 molecular barcodes from 5-20 nucleotides in length; | The Accused Tests include this limitation, including but not limited to as described in Finkle. *See, e.g.,*<br><br>This assay uses New England BioLab's NEBNext® Ultra™ II DNA Library Prep Kit for Illumina®, IDT's xGen CS Adapters, unique molecular indices (UMI), and 96 pairs of barcodes to prepare cfDNA sequencing libraries with unique sample IDs. Each sample is ligated to a dual unique index, which enables multiplexed sequencing of up to 7 patients and 1 positive control per SP NovaSeq flow cell, 16 patients and 1 positive control per S1 NovaSeq flow cell, 34 patients and 1 positive control per S2 NovaSeq flow cell, and 84 patients and 1 positive control per S4 NovaSeq flow cell. The library preparation protocol is optimized for ≥20 ng cfDNA input to maximize mutation detection sensitivity. The final library is sequenced on an Illumina NovaSeq sequencer and analysis is performed using Tempus' bioinformatics pipeline and analysis server.<br><br>Finkle at 8.<br><br>On information and belief, Tempus uses molecular barcodes from 5-20 nucleotides in length that number between 5 and 100 different barcodes. (*See* IDT Master Index List, https://sfvideo.blob.core.windows.net/sitefinity/docs/default-source/supplementary-product-info/idt-master-index-list.xlsx (providing IDT barcode sequences for 96-barcode set.) |

| US10,501,810 | Tempus's Infringement |
|---|---|
| c) amplifying a plurality of the tagged parent polynucleotides to produce progeny polynucleotides with associated molecular barcodes; | The Accused Tests include this limitation, including but not limited to as described in Finkle. *See, e.g.*, <br><br> This assay uses New England BioLab's NEBNext® Ultra™ II DNA Library Prep Kit for Illumina®, IDT's xGen CS Adapters, unique molecular indices (UMI), and 96 pairs of barcodes to prepare cfDNA sequencing libraries with unique sample IDs. Each sample is ligated to a dual unique index, which enables multiplexed sequencing of up to 7 patients and 1 positive control per SP NovaSeq flow cell, 16 patients and 1 positive control per S1 NovaSeq flow cell, 34 patients and 1 positive control per S2 NovaSeq flow cell, and 84 patients and 1 positive control per S4 NovaSeq flow cell. The library preparation protocol is optimized for ≥20 ng cfDNA input to maximize mutation detection sensitivity. The final library is sequenced on an Illumina NovaSeq sequencer and analysis is performed using Tempus' bioinformatics pipeline and analysis server. <br><br> Finkle at 8. <br><br> On information and belief, Tempus's use of the Illumina NovaSeq sequencer includes amplification of the tagged parent polynucleotides to produce amplified tagged progeny polynucleotides. (See NovaSeq 6000 Sequencing System Guide, https://support.illumina.com/content/dam/illumina-support/documents/documentation/system_documentation/novaseq/1000000019358_17_novaseq-6000-system-guide.pdf, at 2 (Sequencing Overview, Cluster Generation) "During cluster generation, single DNA molecules are bound to the surface of the flow cell and simultaneously amplified to form clusters."). |

| US10,501,810 | Tempus's Infringement |
|---|---|
| d) selectively enriching the progeny polynucleotides for target regions associated with cancer, whereby enriched progeny polynucleotides are generated; | The Accused Tests include this limitation, including but not limited to as described in Finkle. *See, e.g.,*<br><br>The Tempus xF assay is a 105-gene, hybrid-capture, NGS panel spanning a total of 270 kb that detects actionable oncologic targets in four variant classes: single-nucleotide variants (SNVs), insertions/deletions (indels), copy number variants (CNVs), and gene rearrangements. To establish robust clinical performance, we completed extensive validation studies that demonstrated high sensitivity and specificity, and determined a precise LOD to reduce false negatives. We show that the Tempus xF liquid biopsy detects actionable variants with high accuracy when compared to orthogonal methods, including a commercial ctDNA NGS kit, the Tempus xT NGS tissue assay, and digital droplet PCR (ddPCR).<br><br>Finkle at 1. |

| US10,501,810 | Tempus's Infringement |
|---|---|
| e) sequencing a portion of the enriched progeny polynucleotides to produce sequencing reads of the progeny polynucleotides with associated molecular barcodes; | The Accused Tests include this limitation, including but not limited to as described in Finkle. *See, e.g.*, <br><br> **xF sequencing assay** <br> This assay uses New England BioLab's NEBNext® Ultra™ II DNA Library Prep Kit for Illumina®, IDT's xGen CS Adapters, unique molecular indices (UMI), and 96 pairs of barcodes to prepare cfDNA sequencing libraries with unique sample IDs. Each sample is ligated to a dual unique index, which enables multiplexed sequencing of up to 7 patients and 1 positive control per SP NovaSeq flow cell, 16 patients and 1 positive control per S1 NovaSeq flow cell, 34 patients and 1 positive control per S2 NovaSeq flow cell, and 84 patients and 1 positive control per S4 NovaSeq flow cell. The library preparation protocol is optimized for ≥20 ng cfDNA input to maximize mutation detection sensitivity. The final library is sequenced on an Illumina NovaSeq sequencer and analysis is performed using Tempus' bioinformatics pipeline and analysis server. <br><br> **Bioinformatics pipeline** <br> Adapter-trimmed FASTQ files are aligned to the 19th edition of the human reference genome build (hg19) using Burrows-Wheeler Aligner (BWA)[41]. Following alignment, reads are grouped by alignment position and UMI family, and collapsed into consensus sequences using fgbio tools (http://fulcrumgenomics.github.io/fgbio/). Bases with insufficient quality or significant disagreement among family members are transformed to N's. Phred scores are scaled based on initial base calling estimates combined across all family members. Following single-strand consensus sequence generation, duplex consensus sequences are generated by comparing the forward- and reverse-oriented PCR products with mirrored UMI sequences. Consensus sequences are re-aligned to the human reference genome using BWA. BAM files are generated and indexed after the re-alignment. <br><br> Finkle at 8-9. |

| US10,501,810 | Tempus's Infringement |
|---|---|
| f) aligning mappable portions of the sequencing reads to a human reference genome; | The Accused Tests include this limitation, including but not limited to as described in Finkle. *See, e.g.,*<br><br>**xF sequencing assay**<br>This assay uses New England BioLab's NEBNext® Ultra™ II DNA Library Prep Kit for Illumina®, IDT's xGen CS Adapters, unique molecular indices (UMI), and 96 pairs of barcodes to prepare cfDNA sequencing libraries with unique sample IDs. Each sample is ligated to a dual unique index, which enables multiplexed sequencing of up to 7 patients and 1 positive control per SP NovaSeq flow cell, 16 patients and 1 positive control per S1 NovaSeq flow cell, 34 patients and 1 positive control per S2 NovaSeq flow cell, and 84 patients and 1 positive control per S4 NovaSeq flow cell. The library preparation protocol is optimized for ≥20 ng cfDNA input to maximize mutation detection sensitivity. The final library is sequenced on an Illumina NovaSeq sequencer and analysis is performed using Tempus' bioinformatics pipeline and analysis server.<br><br>**Bioinformatics pipeline**<br>Adapter-trimmed FASTQ files are aligned to the 19th edition of the human reference genome build (hg19) using Burrows-Wheeler Aligner (BWA)[41]. Following alignment, reads are grouped by alignment position and UMI<br><br>family, and collapsed into consensus sequences using fgbio tools (http://fulcrumgenomics.github.io/fgbio/). Bases with insufficient quality or significant disagreement among family members are transformed to N's. Phred scores are scaled based on initial base calling estimates combined across all family members. Following single-strand consensus sequence generation, duplex consensus sequences are generated by comparing the forward- and reverse-oriented PCR products with mirrored UMI sequences. Consensus sequences are re-aligned to the human reference genome using BWA. BAM files are generated and indexed after the re-alignment.<br><br>Finkle at 8-9. |

| US10,501,810 | Tempus's Infringement |
|---|---|
| g) grouping a plurality of the sequencing reads into families based on the sequence information of the molecular barcodes and the beginning and end base positions of the mapped portion of the progeny polynucleotides; and | The Accused Tests include this limitation, including but not limited to as described in Finkle. *See, e.g.*,<br><br>**xF sequencing assay**<br>This assay uses New England BioLab's NEBNext® Ultra™ II DNA Library Prep Kit for Illumina®, IDT's xGen CS Adapters, unique molecular indices (UMI), and 96 pairs of barcodes to prepare cfDNA sequencing libraries with unique sample IDs. Each sample is ligated to a dual unique index, which enables multiplexed sequencing of up to 7 patients and 1 positive control per SP NovaSeq flow cell, 16 patients and 1 positive control per S1 NovaSeq flow cell, 34 patients and 1 positive control per S2 NovaSeq flow cell, and 84 patients and 1 positive control per S4 NovaSeq flow cell. The library preparation protocol is optimized for ≥20 ng cfDNA input to maximize mutation detection sensitivity. The final library is sequenced on an Illumina NovaSeq sequencer and analysis is performed using Tempus' bioinformatics pipeline and analysis server.<br><br>**Bioinformatics pipeline**<br>Adapter-trimmed FASTQ files are aligned to the 19th edition of the human reference genome build (hg19) using Burrows-Wheeler Aligner (BWA)[41]. Following alignment, reads are grouped by alignment position and UMI family, and collapsed into consensus sequences using fgbio tools (http://fulcrumgenomics.github.io/fgbio/). Bases with insufficient quality or significant disagreement among family members are transformed to N's. Phred scores are scaled based on initial base calling estimates combined across all family members. Following single-strand consensus sequence generation, duplex consensus sequences are generated by comparing the forward- and reverse-oriented PCR products with mirrored UMI sequences. Consensus sequences are re-aligned to the human reference genome using BWA. BAM files are generated and indexed after the re-alignment.<br><br>Finkle at 8-9. |

| US10,501,810 | Tempus's Infringement |
|---|---|
| h) detecting, from among a plurality of the families, the presence or absence of one or more somatic genetic variants comprising a single nucleotide variant (SNV), a copy number variation (CNV), an insertion or deletion (indel), a gene fusion, or any combination thereof. | The Accused Tests include this limitation, including but not limited to as described in Finkle. *See, e.g.,*<br><br>SNV and indel variants are detected using VarDict[42]. SNVs are called down to 0.1% VAF for specified hotspot target regions and 0.25% VAF at all other base positions across the panel. Indels are called down to 0.5% VAF for variants within specific regions of interest. Any indels outside of these regions are called down to 5% VAF. All SNVs and indels are then sorted, deduplicated, normalized and annotated. Following annotation, variants are then classified as germline, somatic, or uncertain using a Bayesian model. The model is based on prior expectations informed by internal and external databases of germline and somatic variants. Uncertain variants are treated as somatic for filtering and reporting purposes. Following classification, variants are then filtered based on a set of quality metrics including coverage, VAF, strand bias, and genomic complexity. Additionally, variants are filtered with a Bayesian trinucleotide context-based model with position-level background error rates estimated from process-matched healthy controls. Known artifactual variants are also removed.<br>    Copy number variants (CNVs) are analyzed using CNVkit[43] plus a Tempus CNV annotation and filtering algorithm. CNVkit is used for genomic region binning, coverage calculation, bias correction, normalization to a reference pool, segmentation, and visualization. The log2 ratios between the tumor sample and a pool of process-matched healthy samples from the CNVkit output are then annotated and filtered using statistical models whereby the amplification status (amplified or not-amplified) of each gene is predicted and non-focal amplifications are removed.<br>    Rearrangements are detected using the SpeedSeq analysis pipeline[44]. Briefly, FASTQ files are aligned to hg19 using BWA. Split reads mapped to multiple positions and read pairs mapped to discordant positions are identified and separated, then used to detect gene rearrangements by LUMPY[45]. Fusions are then filtered by the number of supporting reads.<br><br>Finkle at 9. |

# EXHIBIT J

**Infringement chart for US Patent No. 10,793,916**

| US10,793,916 | Tempus's Infringement |
|---|---|
| 13. A method for detecting a genetic variation in one or more microsatellite regions in a sample of cell-free nucleic acid molecules from a subject having a cancer, the method comprising: | To the extent the preamble is limiting, the Accused Tests include a method for detecting a genetic variation in one or more microsatellite regions in a sample of cell-free nucleic acid molecules from a subject having a cancer, including but not limited to as described in Finkle. *See, e.g.*,<br><br>To further evaluate the genomic landscape, we also developed a method for measuring circulating tumor fraction from targeted sequencing data. The method predicts overall tumor burden and helps distinguish germline from somatic variants in cell-free DNA (cfDNA). Many of our solid tumor clinical samples have matched normal blood samples from which buffy coat DNA is obtained. Analyzing matched samples allowed us to identify mutations resulting from CH, differentiate germline from somatic variants, and evaluate levels of tumor shedding, all of which significantly reduced false positives and false negatives.<br><br>Finkle at 1.<br><br>Liquid biopsy is a valuable precision oncology tool that is increasingly used as a non-invasive approach to identify biomarkers, detect resistance mutations, monitor disease burden, and identify early recurrence. The Tempus xF liquid biopsy assay is a 105-gene, hybrid-capture, next-generation sequencing (NGS) assay that detects single-nucleotide variants, insertions/deletions, copy number variants, and chromosomal rearrangements. Here, we present extensive validation studies of the xF assay using reference standards, cell lines, and patient samples that establish high sensitivity, specificity, and accuracy in variant detection. The Tempus xF assay is highly concordant with orthogonal methods, including ddPCR, tumor tissue-based NGS assays, and another commercial plasma-based NGS assay. Using matched samples, we developed a dynamic filtering method to account for germline mutations and clonal hematopoiesis, while significantly decreasing the number of false-positive variants reported. Additionally, we calculated accurate circulating tumor fraction estimates (ctFEs) using the Off-Target Tumor Estimation Routine (OTTER) algorithm for targeted-panel sequencing. In a cohort of 1,000 randomly selected cancer patients who underwent xF testing, we found that ctFEs correlated with disease burden and clinical outcomes. These results highlight the potential of serial testing to monitor treatment efficacy and disease course, providing strong support for incorporating liquid biopsy in the management of patients with advanced disease.<br><br>Finkle, Abstract. |

1

| US10,793,916 | Tempus's Infringement |
|---|---|
| (a) ligating molecular barcodes from a set of molecular barcodes having 2 to 1,000,000 different molecular barcode sequences to a plurality of the cell-free nucleic acid molecules from the sample to produce tagged parent polynucleotides; | The Accused Tests include this limitation, including but not limited to as described in Finkle. *See, e.g.*,<br><br>This assay uses New England BioLab's NEBNext® Ultra™ II DNA Library Prep Kit for Illumina®, IDT's xGen CS Adapters, unique molecular indices (UMI), and 96 pairs of barcodes to prepare cfDNA sequencing libraries with unique sample IDs. Each sample is ligated to a dual unique index, which enables multiplexed sequencing of up to 7 patients and 1 positive control per SP NovaSeq flow cell, 16 patients and 1 positive control per S1 NovaSeq flow cell, 34 patients and 1 positive control per S2 NovaSeq flow cell, and 84 patients and 1 positive control per S4 NovaSeq flow cell. The library preparation protocol is optimized for ≥20 ng cfDNA input to maximize mutation detection sensitivity. The final library is sequenced on an Illumina NovaSeq sequencer and analysis is performed using Tempus' bioinformatics pipeline and analysis server.<br><br>Finkle at 8. |

| US10,793,916 | Tempus's Infringement |
|---|---|
| (b) amplifying a plurality of the tagged parent polynucleotides to produce amplified tagged progeny polynucleotides; | The Accused Tests include this limitation, including but not limited to as described in Finkle. *See, e.g.,*<br><br>This assay uses New England BioLab's NEBNext® Ultra™ II DNA Library Prep Kit for Illumina®, IDT's xGen CS Adapters, unique molecular indices (UMI), and 96 pairs of barcodes to prepare cfDNA sequencing libraries with unique sample IDs. Each sample is ligated to a dual unique index, which enables multiplexed sequencing of up to 7 patients and 1 positive control per SP NovaSeq flow cell, 16 patients and 1 positive control per S1 NovaSeq flow cell, 34 patients and 1 positive control per S2 NovaSeq flow cell, and 84 patients and 1 positive control per S4 NovaSeq flow cell. The library preparation protocol is optimized for ≥20 ng cfDNA input to maximize mutation detection sensitivity. The final library is sequenced on an Illumina NovaSeq sequencer and analysis is performed using Tempus' bioinformatics pipeline and analysis server.<br><br>Finkle at 8.<br><br>On information and belief, Tempus's use of the Illumina NovaSeq sequencer includes amplification of the tagged parent polynucleotides to produce amplified tagged progeny polynucleotides. (See NovaSeq 6000 Sequencing System Guide, https://support.illumina.com/content/dam/illumina-support/documents/documentation/system_documentation/novaseq/1000000019358_17_novaseq-6000-system-guide.pdf, at 2 (Sequencing Overview, Cluster Generation) "During cluster generation, single DNA molecules are bound to the surface of the flow cell and simultaneously amplified to form clusters."). |

| US10,793,916 | Tempus's Infringement |
|---|---|
| (c) sequencing a plurality of the amplified tagged progeny polynucleotides to produce a set of sequencing reads; and | The Accused Tests include this limitation, including but not limited to as described in Finkle. *See, e.g.*, <br><br>**xF sequencing assay** <br> This assay uses New England BioLab's NEBNext® Ultra™ II DNA Library Prep Kit for Illumina®, IDT's xGen CS Adapters, unique molecular indices (UMI), and 96 pairs of barcodes to prepare cfDNA sequencing libraries with unique sample IDs. Each sample is ligated to a dual unique index, which enables multiplexed sequencing of up to 7 patients and 1 positive control per SP NovaSeq flow cell, 16 patients and 1 positive control per S1 NovaSeq flow cell, 34 patients and 1 positive control per S2 NovaSeq flow cell, and 84 patients and 1 positive control per S4 NovaSeq flow cell. The library preparation protocol is optimized for ≥20 ng cfDNA input to maximize mutation detection sensitivity. The final library is sequenced on an Illumina NovaSeq sequencer and analysis is performed using Tempus' bioinformatics pipeline and analysis server. <br><br>**Bioinformatics pipeline** <br> Adapter-trimmed FASTQ files are aligned to the 19th edition of the human reference genome build (hg19) using Burrows-Wheeler Aligner (BWA)[41]. Following alignment, reads are grouped by alignment position and UMI family, and collapsed into consensus sequences using fgbio tools (http://fulcrumgenomics.github.io/fgbio/). Bases with insufficient quality or significant disagreement among family members are transformed to N's. Phred scores are scaled based on initial base calling estimates combined across all family members. Following single-strand consensus sequence generation, duplex consensus sequences are generated by comparing the forward- and reverse-oriented PCR products with mirrored UMI sequences. Consensus sequences are re-aligned to the human reference genome using BWA. BAM files are generated and indexed after the re-alignment. <br><br> Finkle at 8-9. |

| US10,793,916 | Tempus's Infringement |
|---|---|
| (d) determining, from among a plurality of sequencing reads in the set of sequencing reads, a quantitative measure of polymorphic forms comprising microsatellite changes in the one or more microsatellite regions based at least on sequence information of the molecular barcodes, thereby detecting the genetic variation in the one or more microsatellite regions. | The Accused Tests include this limitation, including but not limited to as described in Finkle. *See, e.g.,*<br><br>Lastly, the xF assay was used to assess microsatellite instability (MSI) status in samples previously classified by the xT solid tumor test or immunohistochemistry. Among the 65 samples included in the MSI validation cohort, 16 were deemed MSI-high and 49 microsatellite-stable. The xF assay reported MSI-high status in 37.5% (6/16) of orthogonally confirmed MSI-high patients at 100% (6/6) positive predictive value. Furthermore, the xF assay did not report MSI-high status for any of the 49 confirmed MSS patients (Fig. 1d). Overall, our comparison between the xT and xF assays demonstrate the strengths of the xF assay and the added value of using multiple assays to detect genomic drivers of cancer.<br><br>Finkle at 4.<br><br>An additional 55 blood samples with matched tumor samples were used to compare the Tempus xF liquid biopsy and xT solid tumor tests, 65 blood samples were used to validate a microsatellite instability (MSI) classification model, and 375 blood samples were evaluated by low-pass whole-genome sequencing (LPWGS) for comparative analyses. Finally, data from an additional 1000 patient samples previously sequenced at Tempus, referred to as the xF 1000 cohort, were used for retrospective and clinical analyses. An overview of all samples included in the validation and retrospective profiling experiments is presented in Supplementary Table 5.<br><br>Finkle at 8. |

| US10,793,916 | Tempus's Infringement |
|---|---|
| | To detect MSI, the relative frequency and distribution are determined for any read containing repetitive sequences. To predict the probability of an unstable locus, a k-nearest neighbors model (with $k = 100$) is used along with normalized percent lower, mean lower, and mean log-likelihood metrics. The percentage of unstable loci is calculated from the probabilities of each sample, with >50% unstable loci considered MSI-high.<br><br>Finkle at 9.<br><br><br><br>Finkle, Fig. 1. |

# EXHIBIT K

**Infringement chart for US Patent No. 11,643,693**

| US11,643,693 | Tempus's Infringement |
|---|---|
| 14. A method of determining a likelihood that a subject has cancer, comprising: | To the extent the preamble is limiting, the Accused xM Tests include a method of determining a likelihood that a subject has cancer. *See, e.g.*,<br><br>xM is a liquid-only approach to MRD assessment that detects trace amounts of residual ctDNA, leveraging both methylation and genomic variant MRD classifiers while applying algorithms that support filtering of artifacts, like CHIP and germline variants, to deliver a binary MRD call. |

| US11,643,693 | Tempus's Infringement |
|---|---|
| |  |

| US11,643,693 | Tempus's Infringement |
|---|---|
| | Tempus xM Overview, https://www.tempus.com/wp-content/uploads/2024/01/Tempus-LS_xM-RUO-Overview.pdf, at 2. |
| a) collecting cfDNA from a test subject; | The Accused xM Tests include this limitation. *See, e.g.,*<br><br><br><br>Tempus xM Overview, https://www.tempus.com/wp-content/uploads/2024/01/Tempus-LS_xM-RUO-Overview.pdf, at 2. |
| b) contacting the cfDNA with a set of target-specific probes, wherein the set of target-specific probes comprises target-binding probes specific for a | The Accused xM Tests include this limitation. *See, e.g.,* |

| US11,643,693 | Tempus's Infringement |
|---|---|
| sequence-variable target region set and target-binding probes specific for an epigenetic target region set, and the set of target-specific probes is configured to capture cfDNA corresponding to the sequence-variable target region set with a greater capture yield than cfDNA corresponding to the epigenetic target region set, whereby complexes of target-specific probes and cfDNA are formed; and<br><br>separating the complexes from | <br>Tempus xM Overview, https://www.tempus.com/wp-content/uploads/2024/01/Tempus-LS_xM-RUO-Overview.pdf, at 2.<br><br>On information and belief, the Tempus xM Test comprises target-specific probes configured to capture cfDNA corresponding to the sequence-variable target region set (e.g., DNA/variant panel) with a greater capture yield than cfDNA corresponding to the epigenetic target region set (e.g., methylation panel). |

| US11,643,693 | Tempus's Infringement |
|---|---|
| cfDNA not bound to target-specific probes, thereby providing a set of captured cfDNA molecules; | |
| c) sequencing the captured cfDNA molecules, wherein the captured cfDNA molecules of the sequence-variable target region set are sequenced to a greater depth of sequencing than the captured cfDNA molecules of the epigenetic target region set; | The Accused xM Tests include this limitation. *See, e.g.*,  |

| US11,643,693 | Tempus's Infringement |
|---|---|
| | Tempus xM Overview, https://www.tempus.com/wp-content/uploads/2024/01/Tempus-LS_xM-RUO-Overview.pdf, at 2.<br><br>On information and belief, in the Tempus xM Test, the captured cfDNA molecules of the sequence-variable target region set (e.g., DNA/variant panel) are sequenced to a greater depth of sequencing than the captured cfDNA molecules of the epigenetic target region set (e.g., methylation panel). |
| d) obtaining a plurality of sequence reads generated by a nucleic acid sequencer from sequencing the captured cfDNA molecules; | The Accused xM Tests include this limitation. *See, e.g.,*<br><br> |

| US11,643,693 | Tempus's Infringement |
|---|---|
| | Tempus xM Overview, https://www.tempus.com/wp-content/uploads/2024/01/Tempus-LS_xM-RUO-Overview.pdf, at 2. |
| e) mapping the plurality of sequence reads to one or more reference sequences to generate mapped sequence reads; and | The Accused xM Tests include this limitation. *See, e.g.*,<br><br><br><br>Tempus xM Overview, https://www.tempus.com/wp-content/uploads/2024/01/Tempus-LS_xM-RUO-Overview.pdf, at 2. |

| US11,643,693 | Tempus's Infringement |
|---|---|
| f) processing the mapped sequence reads corresponding to the sequence-variable target region set and to the epigenetic target region set to determine the likelihood that the subject has cancer. | The Accused xM Tests include this limitation. *See, e.g.*,<br><br>xM is a liquid-only approach to MRD assessment that detects trace amounts of residual ctDNA, leveraging both methylation and genomic variant MRD classifiers while applying algorithms that support filtering of artifacts, like CHIP and germline variants, to deliver a binary MRD call. |

| US11,643,693 | Tempus's Infringement |
|---|---|
| |  |

| US11,643,693 | Tempus's Infringement |
|---|---|
|  | Tempus xM Overview, https://www.tempus.com/wp-content/uploads/2024/01/Tempus-LS_xM-RUO-Overview.pdf, at 2. |