**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GUARDANT HEALTH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-687-RGA |
| | ) | |
| TEMPUS AI, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to D. Del. Local Rule 83.7, Defendant hereby notifies the Court that Michael A. Barlow withdraws his appearance as counsel of record for Tempus AI, Inc. in the above-captioned matter.  Defendant continues to be represented by Quinn Emanuel Urquhart & Sullivan, LLP and Young Conaway Stargatt & Taylor, LLP.

Dated: October 22, 2024

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

*/s/ Michael A. Barlow*
Michael A. Barlow (No. 3928)
500 Delaware Avenue, Suite 220
Wilmington, DE 19801
(302) 302-4000
michaelbarlow@quinnemanuel.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Jennifer P. Siew*
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Defendant Tempus AI, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 22, 2024, a copy of the

foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

David E. Moore
Bindu A. Palapura
Andrew L. Brown
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

Jordan R. Jaffe
Wendy L. Devine
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza,
Spear Tower, Suite 3300
San Francisco, CA 94105
jjaffe@wsgr.com
wdevine@wsgr.com

Michael T. Rosato
Eric P. Tuttle
WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
mrosato@wsgr.com
eric.tuttle@wsgr.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Jennifer P. Siew*
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Defendant Tempus AI, Inc.*