**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GUARDANT HEALTH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 24-687-GBW |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| TEMPUS AI, INC., | ) | |
| | ) | |
| Defendant, | ) | |

**STIPULATION AND ORDER OF PARTIAL DISMISSAL
OF CLAIMS WITHOUT PREJUDICE**

WHEREAS, the operative First Amended Complaint filed by Plaintiff Guardant Health, Inc. ("Guardant") includes a claim for infringement of U.S. Patent No. 10,501,810 (the "'810 Patent") against Defendant Tempus AI, Inc. ("Tempus"), alleging that Tempus directly infringes claims of the '810 Patent pursuant to 35 U.S.C. § 271(a), *see* D.I. 21 (First Amended Complaint or "FAC") 77-95 (Third Count);

WHEREAS, the parties have consented to dismissal without prejudice of Guardant's infringement claims with respect to the '810 Patent only, with Guardant maintaining all other claims in the First Amended Complaint, including infringement of U.S. Patent Nos. 11,149,306, 9,902,992, 10,793,916, and 11,643,693 (collectively, the "Remaining Patents"), and Tempus maintaining its pending Motion to Dismiss the First Amended Complaint (D.I. 23, 24) as to the Remaining Patents;

NOW, THEREFORE, IT IS HEREBY STIPULATED that, pursuant to Rule 41(a)(1)(A), all claims in Guardant's First Amended Complaint regarding the '810 Patent (i.e., the Third Count) are dismissed without prejudice, and Tempus's Motion to Dismiss the First Amended Complaint (D.I. 23, 24) is moot with respect to the '810 Patent only (*see* D.I. 24 at 2, 5-16 (moving to dismiss

the FAC as to the "'992 Family," which includes the '810 Patent)). The First Amended Complaint is otherwise unaltered and remains operative. Tempus's Motion to Dismiss (D.I. 23, 24), Guardant's Opposition to that Motion (D.I. 26), and Tempus's Reply in support of that Motion (D.I. 27) are otherwise unaltered and Tempus's motion otherwise remains pending.

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Plaintiff Guardant Health, Inc.*

Dated: August 8, 2025
12408165 / 24188.00001

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

By: */s/ Pilar G. Kraman*
Pilar G. Kraman (#5199)
Jennifer P. Siew (#7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Tel: (302) 571-6600
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Defendant Tempus AI, Inc.*

SO ORDERED this ___ day of August, 2025.

_____
The Honorable Gregory B. Williams
UNITED STATES DISTRICT JUDGE