IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GUARDANT HEALTH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-687-GBW |
| | ) | |
| TEMPUS AI, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## SPECIAL MASTER ORDER ON VARIOUS DISCOVERY MOTIONS

For the reasons stated on the transcript of today's hearing, the pending discovery motions

listed below are decided as follows:

| Motion | D.I. | Date filed | |
|---|---|---|---|
| Tempus Motion to Enforce the Special Master's 4/17/26 Order | 164 | 6/8/26 | DENIED |
| Tempus Motion to Compel Supplemental Interrogatory Response to Interrogatory No. 5 | 166 | 6/9/26 | GRANTED IN PART |
| Guardant Motion to Compel Production of ESI up to 8/12/25 | 172 | 6/29/26 | GRANTED IN PART |
| Tempus Motion to Compel Production of Source Code | 180 | 6/29/26 | GRANTED IN PART |
| Tempus Motion to Compel Guardant to Produce ESI | 181 | 7/2/26 | GRANTED IN PART |

Date: July 9, 2026                           /s/ *Karen E. Keller*

                                             Special Master Karen Keller